IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**JOHN GROSS**                                                                                      **PLAINTIFF**

**vs.**                                                             **CIVIL ACTION NO. 3:20cv627-HTW-LGI**

**DR. FELIX GORDON**                                                         **DEFENDANT**

### ORDER ADOPTING REPORT AND RECOMMENDATION

BEFORE THIS COURT is the Report and Recommendation of the United States Magistrate Judge Linda R. Anderson [Docket no. 3], which was entered on October 13, 2020.  Plaintiff did not file any objection to the Magistrate Judge's Report and Recommendation.

The Magistrate Judge recommended that Plaintiff's motion to proceed *in forma pauperis* be granted. The Magistrate Judge also recommended that Plaintiff's Complaint be dismissed, without prejudice, for failure to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915(e)(2)(B) and for lack of federal subject matter jurisdiction.

This Court has reviewed the Report and Recommendation of the Magistrate Judge, as well as the court filings and the relevant law, and concludes that the motion to proceed in forma pauperis **[doc. no. 2]** should be and hereby is granted, and that the findings in the Report and Recommendation **[doc. no.  3]** should be and are hereby **adopted** as this Court's own.  Accordingly, this court dismisses this Complaint without prejudice.  A separate Final Judgment will issue on this date.

**SO ORDERED AND ADJUDGED**, this the 1st day of April, 2021.

                                                       s/ HENRY T. WINGATE
                                                       UNITED STATES DISTRICT JUDGE